IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex. rel. COMBUSTIONEER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVIS/HRGM JOINT VENTURE,<br><br>and<br><br>JAMES G. DAVIS CONSTRUCTION CORP.,<br><br>and<br><br>HRGM CORPORATION,<br><br>and<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>and<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.: _____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Combustioneer Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Combustioneer Corporation, which have any outstanding securities in the hands of the public:

EMCOR Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

367117.1

Attorney of Record

*[signature: John E. Coffey]*
Signature

John E. Coffey
Print Name

434120
Bar Identification Number

3110 Fairview Park Drive, Suite 1400
Address

Falls Church, Virginia          22042
City            State           Zip Code

703-641-4200
Telephone Number

- 2 -