**PAYMENT BOND**
*(See Instructions on reverse)*

Bond No. 08622770

OMB No. 9000-0045

DATE BOND EXECUTED *(Must be same or later than date of contract)*: May 31, 2002

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington DC 20405.

**PRINCIPAL** *(Legal name and business address)*

DAVIS/HRGM Joint Venture
12530 Parklawn Drive
Rockville, MD 20852

**TYPE OF ORGANIZATION** *("X" one)*

☐ INDIVIDUAL   ☐ PARTNERSHIP
☒ JOINT VENTURE   ☐ CORPORATION

**STATE OF INCORPORATION**
DAVIS/HRGM is an unincorporated MD Joint

**SURETY(IES)** *(Name(s) and business address(es))*

Fidelity and Deposit Company of Maryland
8840 Stanford Boulevard, Suite 4000
Columbia, MD 21045

and Zurich American Insurance Company, One Liberty Plaza (30th Floor), New York, NY 10006

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 38 | 243 | 121 | 00 |

**CONTRACT DATE**: 5/22/2002

**CONTRACT NO.**: DACW31-02-C-0021

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

DAVIS/HRGM Joint Venture

SIGNATURE(S): 1. By: [signature] (Seal)   2. (Seal)   3. (Seal)

NAME(S) & TITLE(S) (Typed):
1. Dennis J. Cotter, Principal in Charge of DAVIS/HRGM & Vice President, James G. Davis Construction Corp.
2. Ramesh Butani, President of HRGM Corp.

Corporate Seal

**INDIVIDUAL SURETY(IES)**

SIGNATURE(S): 1. (Seal)   2. (Seal)
NAME(S) (Typed): 1.   2.

**CORPORATE SURETY(IES)**

SURETY A

NAME & ADDRESS: Fidelity and Deposit Company of Maryland, 8840 Stanford Boulevard, Suite 4000, Columbia, MD 21045

STATE OF INC.: MD

LIABILITY LIMIT: $13,600,000

SIGNATURE(S): 1. By: [signature] *Laura L. Brown*   2.

NAME(S) & TITLE(S) (Typed): 1. Laura L. Brown, Attorney-in-Fact   2.

Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION

DAVIS/HRGM is a Maryland Joint Venture between James G. Davis Construction Corp. (Incorporated in Virginia) and HRGM Corporation (Incorporated in Virginia)

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)


EXHIBIT A

07/11/2005 MON 16:07 [TX/RX NO 5021] ☑004

| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| SURETY B | Zurich American Insurance Company, One Liberty Plaza (30th Floor), New York, NY 10006 | NY | $25,243,121.00 | Corporate Seal |
| | SIGNATURE(S) 1. *[signature]* 2. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. Laura L. Brown, Attorney-in-fact 2. | | | |
| SURETY C | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) 1. 2. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. 2. | | | |
| SURETY D | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) 1. 2. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. 2. | | | |
| SURETY E | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) 1. 2. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. 2. | | | |
| SURETY F | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) 1. 2. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. 2. | | | |
| SURETY G | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT | Corporate Seal |
| | SIGNATURE(S) 1. 2. | | | |
| | NAME(S) & TITLE(S) (Typed) 1. 2. | | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity, (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal" and shall affix an adhesive seal if executed in Maine, New Hampshire or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV.10-98) BACK

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND
### HOME OFFICE: P.O. BOX 1227, BALTIMORE, MD 21203-1227

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by W. B. WALBRECHER, Vice-President, and T. E. SMITH, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint Phyllis J. Willey, Eugene P. Dessureau, Stephen W. Freeman, Michael M. Tracy, Edward T. Egan, Robert E. Walsh, Laura L. Brown and Robin V. Russell, all of Chevy Chase, Maryland, EACH its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Edward F. Egan, Phyllis J. Willey, Julia B. Taylor, Eugene P. Dessureau, Stephen W. Freeman, Michael M. Tracy, Edward T. Egan, Robert E. Walsh, and April O. Compton, dated January 20, 1998.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 19th day of October, A.D. 1999.

ATTEST:                         FIDELITY AND DEPOSIT COMPANY OF MARYLAND

T. E. Smith        *Assistant Secretary*           By: W. B. Walbrecher       *Vice-President*

State of Maryland } ss:
County of Baltimore }

On this 19th day of October, A.D. 1999, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came W. B. Walbrecher, Vice-President and T. E. Smith, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Carol J. Fader       *Notary Public*
My Commission Expires: August 1, 2000

L1428-025-0908

## EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

## CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company, this ___31st___ day of __May__, __2002__.

*Assistant Secretary*