IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. COMBUSTIONEER CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE DAVIS/HRGM JOINT VENTURE, et al.<br><br>Defendants. | *<br>*<br>*<br>*  Case No. 1:05CV01474 PLF<br>*<br>* |

**DEFENDANTS' CONSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT**

Defendants the Davis/HRGM Joint Venture, James G. Davis Construction Corp., HRGM Corporation, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company (collectively the "Defendants") hereby move for an extension of time to respond to Plaintiff's Complaint and Amended Complaint up to and including September 30, 2005. Plaintiff Combustioneer Corporation, by counsel, has consented to this Motion. The reasons for this motion are more fully set forth in the attached Memorandum of Points and Authorities.

Dated: August 25, 2005                     Respectfully submitted,

Of counsel:                                /s/ Craig A. Holman
J. Richard Margulies                       Craig A. Holman (D.C. Bar No. 447852)
One Church Street, Suite 303               2099 Pennsylvania Ave., N.W., Suite 100
Rockville, Maryland  20850                 Washington, D.C.  20006
Telephone: (301) 738-2470                  Telephone:  (202) 955-3000
Fax: (301) 738-3705                        Fax: (202) 955-5564

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. COMBUSTIONEER CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> THE DAVIS/HRGM JOINT VENTURE, et al. <br><br> Defendants. | * <br> * <br> * <br> *    Case No. 1:05CV01474 PLF <br> * <br> * |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT**

Defendants the Davis/HRGM Joint Venture, James G. Davis Construction Corp., HRGM Corporation, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company (collectively the "Defendants"), with the consent of Plaintiff Combustioneer Corporation ("Plaintiff"), hereby move for an extension of time to respond to the Plaintiff's Complaint and Amended Complaint up to and including September 30, 2005. The reasons for this motion are more fully set forth below.

1. On August 9, 2005, Plaintiff filed a Complaint against Defendants. The Complaint spans 13 pages (not including exhibits), includes three counts, and seeks $3,500,000 million in damages. Plaintiff served the Complaint on Defendants at various times in August 2005 but failed to include certain exhibits referenced in the Complaint. Plaintiff apparently recently filed an Amended Complaint that provided the exhibits and served the Amended Complaint on one of Defendants' counsel, J. Richard Margulies.

2. At or about the time Plaintiff filed the Complaint, Plaintiff also (apparently based on perceived jurisdictional uncertainty) filed a largely identical action in the Superior Court for the District of Columbia.

3. Responding to the multi-count, multi-million dollar Complaint and Amended Complaint and addressing the associated jurisdictional issues will require more time than allotted by the Court's rules.

Defendants, accordingly, respectfully requests that Court extend, by order, the date within which Defendants must respond to the Plaintiff's Complaint and Amended Complaint up to and including September 30, 2005.

Dated: August 25, 2005                             Respectfully submitted,

Of counsel:                                        /s/ Craig A. Holman
J. Richard Margulies                               Craig A. Holman (D.C. Bar No. 447852)
One Church Street, Suite 303                       2099 Pennsylvania Ave., N.W., Suite 100
Rockville, Maryland 20850                          Washington, D.C. 20006
Telephone: (301) 738-2470                          Telephone: (202) 955-3000
Fax: (301) 738-3705                                Fax: (202) 955-5564

2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of Defendants' Consented to Motion for Extension of Time to Respond to Plaintiff's Complaint to be served by electronic mail this 25th day of August 2005 on:

>John E. Coffey
>Michael L. Zupan
>ReedSmith
>3110 Fairview Park Drive, Suite 1400
>Falls Church, Virginia  22042

>/s/ Craig A. Holman
>Craig A. Holman