IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA ex rel. COMBUSTIONEER CORPORATION | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Case No. 1:05CV01474 PLF |
| | * | |
| THE DAVIS/HRGM JOINT VENTURE, et al. | | |
| | * | |
| Defendants. | | |

### ORDER

Upon consideration of Defendants' Consented to Motion for Extension of Time to Respond to Plaintiff's Complaint and Amended Complaint, it is this ___ day of August 2005, by the United States District Court for the District of Columbia, ORDERED that:

Defendants the Davis/HRGM Joint Venture, James G. Davis Construction Corp., HRGM Corporation, Fidelity and Deposit Company of Maryland, and Zurich American Insurance Company (collectively the "Defendants") shall have up to and including September 30, 2005 to respond to Plaintiff's Complaint.

_____
Judge

Copies to:

John E. Coffey
ReedSmith
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042

Craig A. Holman, Esq.
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

# 3173274_v1