```
DATE: 24-JUN-03 12:15                    COMBUSTIONEER CORPORATION                                    PAGE: 10

COMPANY: CC(01)   (This Substitutes For: WH-347 / U.S. Department of Labor Wage and Hour / Public Contracts Division) (P64081)

PAYROLL NO.    : 0149        PROJECT: ECE5268   MCKINLEY TECHNICAL SCHOOL        643 LOFSTRAND LANE
WEEK BEGINNING: 6/16/2003    LOCATION:                                            ROCKVILLE, MD 20850
WEEK ENDING   : 6/22/2003    CONTRACT:

*************************************************************************************************************
    EMPLOYEE           SOC SEC #    --------------------HOURS---------------------    FIT    FICA    LOCAL    GROSS
    NAME & ADDRESS                  MON   TUES  WED   THUR  FRI   SAT   SUN   TOTAL   SIT    CIT     DEDUCT   OTHER
                            RATE    16    17    18    19    20    21    22            SUI    SDI     REIMBURSE NET
*************************************************************************************************************


                                 Sex: M   Race: O 1-06   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
RIVERDALE, MD 20737           O    .00   .00   .00   .00   .00   .00   .00    .00


                                 Sex: M   Race: O 2-00   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
RIVA, MD 21140                O    .00   .00   .00   .00   .00   .00   .00    .00


                                 Sex: M   Race: O 2-04   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
WASHINGTON, DC 20032          O    .00   .00   .00   .00   .00   .00   .00    .00


                                 Sex: M   Race: O 2-00   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
MANNASSAS, VA 20110           O    .00   .00   .00   .00   .00   .00   .00    .00


                                 Sex: M   Race: O 2-07   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  6.00   .00  8.00  8.00   .00   .00  30.00
TEMPLE HILLS, MD              O    .00   .00   .00   .00   .00   .00   .00    .00


                                 Sex: M   Race: O 2-04   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
FORT WASHINGTON, MD           O    .00   .00   .00   .00   .00   .00   .00    .00
20744


                                 Sex: M   Race: B 1-00   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
BRYANS ROAD, MD               O    .00   .00   .00   .00   .00   .00   .00    .00
20616


                                 Sex: M   Race: O 1-00   Class: TELECOMMUNICATI  Craft: TELEDATE TECH
                              R   8.00  8.00  8.00  8.00  4.00   .00   .00  36.00
IJAMSVILLE, MD 21754          O    .00   .00   .00   .00   .00   .00   .00    .00                          .00


                                 Sex: M   Race: O 2-07   Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                              R   8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
```

—NOTE: Names and Social Security Numbers have been redacted

EXHIBIT 1

```
DATE: 24-JUN-03 12:15                    COMBUSTIONEER CORPORATION                                          PAGE:    9

COMPANY: CC(01)   (This Substitutes For: WH 347 / U.S. Department of Labor Wage and Hour / Public Contracts Division) (P64081)

PAYROLL NO.   : 0149              PROJECT: ECE5268    MCKINLEY TECHNICAL SCHOOL           643 LOFSTRAND LANE
WEEK BEGINNING: 6/16/2003         LOCATION:                                                ROCKVILLE, MD 20850
WEEK ENDING   : 6/22/2003         CONTRACT:

******************************************************************************************************************
       EMPLOYEE           SOC SEC #        ---------------------HOURS--------------------       FIT     FICA    LOCAL      GROSS
     NAME & ADDRESS                      MON   TUES  WED   THUR  FRI   SAT   SUN   TOTAL       SIT     CIT    DEDUCT      OTHER
                                    RATE  16    17    18    19    20    21    22              SUI     SDI   REIMBURSE     NET
******************************************************************************************************************

                                          Sex: M  Race: O 1-06  Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                                       R  8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
FORT WASHINGTON, MD                    O   .00   .00   .00   .00   .00   .00   .00    .00
20748


                                          Sex: M  Race: B 2-00  Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                                       R  8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
HYATTSVILLE, MD                        O   .00   .00   .00   .00   .00   .00   .00    .00
20783


                                          Sex: M  Race: W 1-01  Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                                       R  8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
                                       O   .00   .00   .00   .00   .00   .00   .00    .00
FRONT ROYAL, VA
22630


                                          Sex: M  Race: O 1-99  Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                                       R  8.00  8.00  8.00  8.00   .00   .00   .00  32.00
MECHANICSVILLE, MD                     O   .00   .00   .00   .00   .00   .00   .00    .00
20659


                                          Sex: M  Race: W 2-04  Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                                       R  8.00  8.00  8.00   .00  8.00   .00   .00  32.00
STRASBURG, VA 22657                    O   .00   .00   .00   .00   .00   .00   .00    .00


                                          Sex: M  Race: O 2-01  Class: ELECTRICIAN      Craft: A JOURNEYMAN
                                       R   .00  8.00  8.00  8.00  8.00   .00   .00  32.00
HARMANS, MD 21077                      O   .00   .00   .00   .00   .00   .00   .00    .00


                                          Sex: M  Race: O 2-06  Class: ELECT. JOURNEY   Craft: A JOURNEYMAN
                                       R  8.00  8.00  8.00  8.00  8.00   .00   .00  40.00
CAPITOL HEIGHTS, MD                    O   .00   .00   .00   .00   .00   .00   .00    .00
20743


                                          Sex: M  Race: O 1-06  Class: ELECT. JOURNEY   Craft: JOURNEYMAN
                                       R   .00  8.00  8.00  8.00  8.00   .00   .00  32.00
WEST RIVER, MD 20778                   O   .00   .00   .00   .00   .00   .00   .00    .00


                                          Sex: M  Race: O 1-00  Class: APPRENTICE 3RD   Craft: APPRENTICE 3
                                       R  8.00  8.00  8.00   .00  8.00   .00   .00  32.00
WASHINGTON, DC 20016                   O   .00   .00   .00   .00   .00   .00   .00    .00
```