TYPE: **G1**

CATALOG#: **TRE11-C-F142CT-DT-BK**

# FAIL~SAFE®

## DESCRIPTION

The Fail-Safe Terrapin Series provides exceptional aesthetics with remarkable strength. The wide variety of products allow an interior and exterior architectural theme throughout an entire facility. Up to 57W Compact Triple, ADA COMPLIANT is available in up to 42W maximum. Cast, extra-heavy aluminum walls of the housings offer rugged durability and afford efficient heat dissipation. AccUView UV-Guard coating protects the inside and outside of all UV stabilized polycarbonate lenses. The combination of narrow prismatic blondels on the interior and a prescription texture on the exterior of the lens provides exceptional lamp obscuration. The Eyelid option provides an excellent cutoff for the luminaire and a 360° halo effect.
Lifetime Warranty against breakage.

### SPECIFICATION FEATURES
**Sockets/Ballasts**

HID and Incandescent sockets are porcelain medium base sockets with a nickel-plated brass screw shell. The fluorescent sockets are polycarbonate. Compact fluorescent socket incorporates 42-watt GX24q4 or 32-watt GX24q3 base with a 2-pin reject that ensures proper lamping. Fluorescent ballasts are electronic, dual-tap 120/277V, 0°C starting temperature; 57W and 70W CFL minimum starting temperature is -20°C (-4°F), less than 10% harmonic distortion; HID ballasts are standard HPF, with a starting temperature of minus 40° C (-40°F) for HPS and minus 30° C (-20°F) for MH.

**Reflectors**

Eyelid reflectors provide a short-forward throw optical pattern. Specular aluminum, internal, faceted reflectors provide 95% total reflectivity. Open face and border paint fixtures provided with a white polyester powder coat reflector of 94% total reflectivity.

### ORDERING INFORMATION
SAMPLE NUMBER: TRE11-C-126CT-DT-BK-L

### Housing
Precision cast aluminum housing. Extra-heavy thickness, minimum .125" thick, promotes durability and efficient heat dissipation through integral ballast heat sinks. Marine-grade low-copper alloy aluminum resists corrosion. All backplates are constructed of 16 gauge aluminum.

### Lens
One piece injection molded polycarbonate, .125" thick. The clear lens is scientifically designed to obscure lamp image while maintaining efficiency. The state-of-the-art design consists of an internal prism designed to spread the light evenly, in combination with the texture prescription on the exterior of the lens. This new design concept substantially reduces glare. Attached with 4 recessed stainless-steel TORX® fasteners.

All lenses are provided with AccUView UV-Guard coating on the interior and exterior surfaces of the lens. The AccUView coating guards against the treacherous rays of the sun and the UV radiation from lamp sources.

### Eyelid (optional)
High impact injection molded polycarbonate, minimum .125" thick. Individually molded eyelid provides optimal lamp shielding and optical distribution. Injection molded colors are matte black and matte white. Attached with two recessed stainless-steel TORX® fasteners. Provides true 360° back lit halo affect.

### Finish
Injection molded colors are matte black and matte white for the eyelid. Border paint option is a premium baked on finish to maximize resistance to chipping and scratching. The VariColor option is available on all lenses and eyelids. VariColor paint option allows perfect color matching to official organizational color (color chip requested for correct match).

Polyester-powder coat paint is applied in a five-stage process at 2.0 – mil thickness and baked on at 400° F. The finish is TGIC, textured, thermoset, polyester powder coat. Finish is 500-hour-salt-spray test rated and has an impact rating of 160 inch/pounds.

### Gasket
Die-cut closed cell silicone gasket seals lens to casting. Gasket is secured with adhesive and locked in place to the back casting. When the casting is not required the gasket is mechanically attached to the aluminum back plate. Terrapin requires only one gasket to seal the entire fixture.

### Lamps
All metal halide fixtures will be shipped with UV-Guard lamps – standard.

Terrapin 11" only - 57W CFL Units require compact triple fluorescent lamp type; shipped standard with fixture.

### Labels
CUL-listed for wet location. High pressure hose down rated for 200 PSI. Available to mount on combustible surfaces.


Open Face


Border


Eyelid



# T11
## TERRAPIN 11"

**26W-57W**
Compact Triple
Fluorescent

**ADA COMPLIANT
AT 42W MAX**

**50-100W**
High Pressure Sodium
Metal Halide

**50-75W**
Incandescent

**FLAT**
Compact
Fluorescent
and
Incandescent
Units

4.00" / 102mm
11" dia. / 280mm
3.75" / 95mm

**SHALLOW**
Units with
CSTG Option,
EM Option,
SC811
Accessory

5.880" / 150mm
11.437" dia. / 290mm
5.625" / 143mm

**DEEP**
HID Units

7.375" / 187mm
11" dia. / 280mm
7.125" / 181mm



| Product<br>T=Terrapin | Shape<br>R=Round | Style<br>E=Eyelid<br>B=Border<br>O=Open Face | Size<br>11=11" | Lens<br>C=Clear prismatic<br>O=Opal | Lamp Qty | Lamp Type | Voltage | Options | Accessories |
|---|---|---|---|---|---|---|---|---|---|
| T | R | E / B / O | 11 | C | 1 | 26CT / 32CT / 42CT¹ / 57W^u / 50MH / 70MH¹ / 100MH^u / 50HPS / 70HPS / 100HPS¹¹ / 50IN / 60IN⁵ / 75IN⁵ | Compact Triple:<br>DT=Dual-tap 120/277 Ballast<br>347V=347V Ballast<br>HID:<br>DT=Dual-tap 120/277V Ballast<br>347V=347V Ballast | EM=Emergency Battery Pack (Fluorescent Only-Supplied from factory with shallow casting)<br>F1=Single Fuse, 120, 277, or 347V (Specify single voltage only)<br>L=With lamp<br>SC=Surface conduit tape w/plugs (standard with HID units)<br>CSTG=Shallow Casting (Required on 42W CT ceiling mount)<br>Color<br>BK=Black<br>WH=White | VRSD=TORX® screwdriver<br>VRSB=TORX screwdriver bit<br>PB-120=Photocell kit, 120V (Requires CSTG Option and SC Option on CT and Incandescent Units)<br>PB-277=Photocell kit, 277V (Requires CSTG Option and SC Option on CT and Incandescent Units)<br>SCB11=Surface conduit box, 11" |

All metal halide fixtures will be shipped with a UV-Guard lamp

**Notes:**
Specifications and dimensions subject to change without notice.
Products also available in non-US voltages and 50Hz for International markets.
1. Ceiling mount only.
2. Ceiling mount requires CSTG Option—Shallow Casting, TRO11-C-142CT-BK-CSTG
3. Not available with eyelid style.
4. Supplied standard with shallow casting (CSTG)
5. Wall Mount Only
6. For use with compact triple fluorescent lamps (Sylvania Dulux T/E IN, 57W recommended); shipped standard with Terrapin 11" 57W CFL fixtures.

TORX® is a registered trademark of Camcar Division of Textron Inc.

**COOPER LIGHTING**


AccUView™
UV-Guard


Terrapin

EXHIBIT 2

TERRAPIN 11"

## PHOTOMETRICS

### Candlepower Distribution






| 26W Compact Triple | 26W Compact Triple | 70MH | 70MH |
|---|---|---|---|
| TRO11-C-126CT | TRE11-C-126CT | TRO11-C-170MH | TRE11-C-170MH |
| BA# 10852 | BA# 10851 | REPORT# 768569 | REPORT# 768568 |
| 8' Mounting Height | 8' Mounting Height | 8' Mounting Height | 8' Mounting Height |






| 26W Ceiling Mount | 26W Wall Mount | 70MH Ceiling Mount | 70MH Wall Mount |

**Footcandle Multipliers**
For other than 8' mounting heights use appropriate multiplier value:

| 6' | 8' | 10' | 12' | 14' |
|---|---|---|---|---|
| x1.7 | x1.0 | x0.64 | x0.44 | x0.32 |

| Information | a | b | c | d | e | f | g |
|---|---|---|---|---|---|---|---|
| TRO11-C-126CT BA# 10852 | 2.0 | 1.0 | .50 | .25 | | | |
| TRE11-C-126CT BA# 10851 | 1.0 | .50 | .25 | .01 | | | |
| TRO11-C-170MH Report # 768569 | 5.0 | 4.0 | 3.0 | 2.0 | 1.0 | .50 | .25 |
| TRE11-C-170MH Report # 768568 | 5.0 | 4.0 | 3.0 | 2.0 | 1.0 | .50 | .25 |

All grid lines in units of mounting heights

### ENERGY DATA
For Energy Management related technical data to support the performance of this fixture series, refer to the ordering information for input wattage.

### Mounting Dimensions

Flat-CT & Incandescent Units



Shallow-All Units with CSTG Option, EM Option, and SCB11 Accessory



Deep-HID Units



**Input Watts:**

Electronic
| (1) 26W Compact Triple | 27.0 Watts |
| (1) 32W Compact Triple | 37.0 Watts |
| (1) 42W Compact Triple | 47.0 Watts |
| (1) 57W Compact Triple | 59.0 Watts |

High Power Factor
| (1) 50W HPS | 60.0 Watts |
| (1) 70W HPS | 95.0 Watts |
| (1) 100W HPS | 130.0 Watts |
| (1) 50W MH | 69.0 Watts |
| (1) 70W MH | 94.0 Watts |
| (1) 100W MH | 125.0 Watts |

## Lifetime Warranty

Fail-Safe will repair or provide a replacement fixture for any Terrapin architectural luminaire found to be inoperative due to physical abuse for the duration of the installation**. This includes all Terrapin polycarbonate lens luminaires. This warranty is only valid relative to proper installation of the luminaire, using the four-point mounting method for all luminaires.

Furthermore, Fail-Safe cannot warranty product against some forms of anti-social human behavior involving corrosive chemicals, fire, paint or gunfire. Yellowed lenses from ultraviolet radiation/heat are excluded from this warranty.

** To make a claim, contact your Cooper Lighting Agent to arrange a RMA (Return Material Authorization) for the claimed product. Upon receipt and verification of the defect, Cooper Lighting will return to you a repaired or, at Cooper Lighting's sole option, replacement fixture.

**Shipping Information**

| Cat. No. | Weight |
|---|---|
| TRE11-C-126CT | 4.5 lbs. |
| TRE11-C-142CT-DT-BK-CSTG | 8.0 lbs. |
| TRE11-C-170MH | 12.0 lbs. |
| TRE11-C-170HPS | 12.0 lbs. |

TORX® is a registered trademark of Camcar Division of Textron, Inc.


COOPER Lighting

Customer First Center  1121 Highway 74 South  Peachtree City, GA  30269  770.486.4800  Fax 770.486.4801  ADC021879