

# LITHONIA LIGHTING

| Catalog Number | ELM4 TN SSB |
|---|---|
| Notes | Type Z3 |

**Thermoplastic Emergency Light**

# ELM4

LEAD-CALCIUM BATTERY



## FEATURES

**INTENDED USE**
Provides 90 minutes of illumination for a 50-watt lamp load upon the loss of AC power. Ideal for applications that require attractive unit equipment with quick installation.

**CONSTRUCTION**
Engineering-grade white thermoplastic housing is impact, scratch and corrosion-resistant. UL94V-0 flame rating.

Clean, contemporary "soft-corner" housing. White housing standard. Matte black and tan optional.

Two 12W T5 wedge-base tungsten lamps with impact-resistant polycarbonate lens. Unique track and swivel arrangement permits full range of direction in lamp head adjustment.

Slide latches allow easy opening of fixture housing. 1-1/2" J-box knockout. Dual-voltage input capability (120V or 277V).

**BATTERY**
Sealed, maintenance-free lead-calcium battery provides 50W rated capacity. Automatic recharge after a 90-minute discharge. Test switch and ready/charge light permit check of system operation. Low voltage disconnect prevents excessively deep discharge that can permanently damage the battery. Slip-on battery terminals.

**ELECTRONICS**
Current-limiting charger maximizes battery life and minimizes energy consumption. Provides low operating costs. Short-circuit protection — current-limiting charger circuitry protects printed circuit board from shorts.

Thermal protection senses circuitry temperature and adjusts charge current to prevent overheating and charger failure. Thermal compensation adjusts charger output to provide optimum charge voltage relative to ambient temperature.

Regulated charge voltage maintains constant-charge voltage over a wide range of line voltages. Prevents over/undercharging that shortens battery life and reduces capacity.

Filtered charger input minimizes charge voltage ripple and extends battery life. AC/LVD reset permits testing of unit at time of installation and ensures full 90-minute discharge. Brownout protection.

**DIAGNOSTICS (SD Option)**
Single multi-chromatic LED indicator to display two-state charging, test activation and three-state diagnostic status.

Test switch provides manual activation of 30-second diagnostic testing for on-demand visual inspection.

Self-diagnostic testing for five minutes every 30 days, and 30 minutes every six months.

Diagnostic evaluation of lamp, AC to DC transfer, charging and battery condition.

Brownout protection is a standard feature of self diagnostics.

Continuously monitors AC functionality.

Automatic test is easily postponed for eight hours by activating manual test switch.

Load-learning capability self-calibrates to DC load at first test enabling it to detect a lamp failure on future tests. It may be recalibrated at any time by holding down the test switch for 15 seconds.

**LISTING**
UL listed. Meets UL, NFPA 101-1988 (current Life Safety Code), NEC and OSHA illumination standards.

**WARRANTY**
Three-year total customer satisfaction warranty. For details, see Product Selection Guide.

## ORDERING INFORMATION

Choose the boldface catalog nomenclature that best suits your needs and write it on the appropriate line. Order accessories as separate catalog number.

Example: ELM4 H SD

| ELM4 | TN | SSB |
|---|---|---|
| Family | Housing color | Options |
| ELM4 | (Blank) Ivory<br>B Black<br>TN Tan | H (2) 8W halogen lamps<br>SSB (2) 12W square sealed-beam PAR36 lamp heads<br>RO Less lamp heads<br>LD Load disconnect switch[1]<br>TD Integral time delay (18 min.)<br>N Maintenance-free nickel-cadmium battery[1] | AM Ammeter[1,2]<br>VM Voltmeter[1,2]<br>CS 3-foot cordset (120V only)<br>220V 50Hz 220 or 240V; 50 or 60 Hz input<br>SD Self-diagnostics |

1 Not available with SD options.
2 Choice of AM or VM. Not available with both.

**Accessories**
Order as separate items.
ELA VS2 Polycarbonate vandal shield (1/8" thick)
ELA WG4/S Wireguard

Emergency

Sheet#: UE-065

EXHIBIT 3

## ELM4 Thermoplastic Emergency Light, Quantum

### SPECIFICATIONS
**ELECTRICAL**

**Primary Circuit**

| Type | AC Input Volts | AC Input Amps | AC Input Watts | Output Volts | Watts Output* 1-1/2 hrs. | 2 hrs. | 3 hrs. | 4 hrs. |
|---|---|---|---|---|---|---|---|---|
| ELM4 | 120 | .250 | 30 | 12 | 50 | 37 | 25 | 18 |
|  | 277 | .108 | 30 |  |  |  |  |  |

* Watts to 87-1/2% of nominal voltage.

**BATTERY**

| | Voltage | Shelf life[1] | Expected life[1] | Maintenance | Optimum temperature[2] |
|---|---|---|---|---|---|
| Lead-calcium | 12 | 6 months | 5–8 years | none[3] | 60°–90°F |
| Ni-cad (N) | 12 | 3 years | 10 years | none[3] | 32°–100°F |

1 At 77°F.
2 Optimum ambient temperature range where unit will provide capacity for 30 to 90 minutes. Higher and lower temperatures affect life and capacity. Consult factory for detailed information.
3 Periodic system status test recommended.

**LAMP**



CDS N1212  90°H×90°V
12 Volts, 12 Watts, Compact Designer Square  Wide Flood
REPLACEMENT LAMP #912

### INSTALLATION
All dimensions are inches (millimeters).



HOUSING BACK



### SELF-DIAGNOSTICS OPTION
- Five-minute test every 30 days
- 30-minute test every six months
- Diagnostics evaluate the battery, lamp, charger and AC to DC transfer.

| Condition | Indication |
|---|---|
| Normal mode | Steady green |
| Self-testing | Flashing green |
| Emergency mode | Off |
| Hi-charge | Steady red |
| Battery failure | Single-flash red |
| Lamp failure | Double-flash red |
| Circuit failure | Triple-flash red |

### KEY FEATURES



Dual-voltage input (120/277V).



Designed for wall mounting.



Compatible in appearance with full Quantum family.

**SELF-DIAGNOSTICS OPTION**
- Five-minute test every 30 days
- 30-minute test every six months
- Diagnostics evaluate the battery, lamp, charger and AC to DC transfer.

The ELM4 is available with self-diagnostics as an option.

**LITHONIA LIGHTING**

Sheet#: UE-065

UE-065.P65
©1997 Lithonia Lighting, Rev. 07/01

Lithonia Lighting
One Lithonia Way, Decatur, GA 30035
Phone: 800-334-8694 Fax: 770-981-8141
In Canada: 1100 50th Ave., Lachine, Quebec H8T 2V3
www.lithonia.com