*Min. 6'-0" from mech. units electrical interference*



**Remote Equipment Cabinet**
Patent-Pending

# HUBBELL

## Hubbell Premise Wiring

Hubbell developed REBOX™ to meet industry standards for protection against dust, water, and vandalism providing a high level of protection for indoor remote network equipment. A rugged wall mount cabinet meant for uncontrolled locations, the compact size and sleek styling of the REBOX™ complement open mounting in classrooms, corridors, and open offices.

REBOX™ provides a secure environment including cable entry and structured management, thermal management, power protection and distribution. REBOX™ will house up to four 19" rack mount hubs plus up to four rack positions for 19" patch panels. The unique patch panel brackets in the REBOX™ are bottom hinging allowing front access termination. The REBOX™ accepts Hubbell multimedia surface housings and panels to accommodate fiber, S-Video, and other media.

### FEATURES

- Compact design houses 19" multimedia cross connect panels and active network equipment
- Up to 4 rack units for 19" hubs, UPS, etc.
- Easily expanded in the field to support future growth
- Structured cable management and access to equipment when open simplify maintenance
- Pre-configured surge protected power and fan kits
- Light gray, durable powder coat finish complements office/school environment



RE4

Patent-Pending



❶ Cable entry provisions for conduit from ½" to 1½" diameter plus unique knock-out for metal and PVC raceway in top, bottom, and sides

❷ Knife-edge design and sloped door increases resistance to vandalism, dust, and water

❸ Mounting provisions for one 100-pr. 110 block

❹ Multiple tie-off points for structured cable management

❺ Mounting for 19" patch panel hinges down for front access termination

❻ Door lifts off when open allowing one person to easily mount cabinet to wall

❼ Accepts both OFPPL and AMO surface housings for up to 12 strands of fiber

❽ Door hinge easily reversed in field for left or right-handed installations

❾ Recessed depth of body simplifies installation and cable termination

❿ Ground studs for proper grounding of door and base

⓫ UL1950-compliant bottom ventilation

Hubbell Premise Wiring • 14 Lord's Hill Road • Stonington, CT 06378-0901 • (860) 535-8326 • 800-626-0005 • Fax: (860) 535-8328

EXHIBIT 4

*Handwritten notes:* Hubbell Contact: Bruce Sullivan 410.203.2647. 4x - 1863 UL Listing. Active Electronics is listed under electronics not Communications.

## SPECIFICATIONS

- 16 gauge cold rolled steel welded construction
- Designed specifically for hostile environments:
  - Tamper resistant per BellCORE™ GR487
  - Flammability per UL 1950
  - Dust and liquid resistant per NEMA Type 2
- Welded steel construction and durable powder coat finish protect equipment in isolated locations
- 2 sets of universal mounting rails with #12-24 tapped holes 5/8", 5/8", 1/2" EIA standard hole pattern
- Load capacity: 100 lbs.
- Accepts maximum hub depth of 14½" (RE2 and RE4) or 22" (RE4X)
- Abundant cable entry through sides, bottom, and top - compatible with major raceway and popular conduit sizes
- Designed to dissipate 160W - industry maximum without fan
- Weight: 4 hub = 50.6 lbs.; 2 hub = 45.1 lbs.



Dimensions

|  | A | B | C |
|---|---|---|---|
| RE2 | 32.2" (818) | 17.5" (445) | 6.8" (173) |
| RE4 | 32.2" (818) | 17.5" (445) | 6.8" (173) |
| RE4X | 42.2" (1072) | 25.5" (648) | 14.8" (376) |

## ORDERING INFORMATION

| Catalog No. | Description | Delivery includes |
|---|---|---|
| RE2 | 2 Hub REBOX - 14½" hub depth | 1 base/rear section with welded 19" brackets for 2 hubs |
| RE4 | 4 Hub REBOX - 14½" hub depth | 1 front door with 2 locks (NSQ tool) |
| RE4X *Available 1Q-00* | 4 Hub REBOX - 22" hub depth | 1 set 19" extension brackets for 2 additional hubs (RE4 only) |
|  |  | 1 set 19" bottom hinge brackets for patch panels |
| REKP | Power Kit (Use kit to bring surge protected power to active components) | 1 Hubbell duplex receptacle with surge protection and alarm; 6' length flexible conduit with conduit fittings; 1 steel single gang box with duplex hole pattern faceplate; 1 assembly bracket |
| REKL | Key Lock Kit (Replace NSQ locks with key locks) | 1 heavy-duty lock and key |
| REKU | RE2 > RE4 Upgrade Kit (Use to convert an RE2 in the field to an RE4 for added space) | 1 RE4 door; 2 RE4 19" x 2U extender brackets; 2 4-position bottom hinge brackets |
| REKF | Fan Kit (Use to enhance ventilation) | 1 100-CFM fan; 1 finger guard; 1 side-wired, disconnect power cord; 1 2-prong plug; 1 foam baffle; 1 adhesive-backed baffle; 1 kit #6-32 mounting screws; 1 assembly bracket |
| REKH | Padlock Hasp Kit (Use to secure door with user-supplied padlock) | 2 padlock hasps; 4 ¼"-20 carriage bolts, hex nuts, washers |
| REKG | Gasket Kit (Use to enhance protection against dust and water - use also to enhance performance of fan kit) | 10' adhesive-backed foam gasket for around perimeter of door |

*Available 1Q-00* REBOX available in black by adding suffix 'B' to the Catalog Number.



**HUBBELL Premise Wiring**
HUBBELL INCORPORATED (Delaware)
14 Lord's Hill Road • Stonington, CT 06378-0901 • (860) 535-8326 • 800-626-0005
Fax: (860) 535-8328 • Internet site: http://www.hubbell-premise.com

7-99 DS-M3

**Worldwide Locations**

| | | | | | |
|---|---|---|---|---|---|
| Hubbell Premise Wiring, Asia Pacific | 852-2836-7131 | Fax: 852-2836-7132 | Hubbell de Mexico, S.A. de C.V. | 52-5-575-2022 | Fax: 52-5-559-8626 |
| Hubbell Canada Inc. | 905-839-1138 | Fax: 905-839-9108 | Hubbell Premise Wiring, Middle East | 971-4-393-4192 | Fax: 971-4-393-4194 |
| Hubbell Premise Wiring, China | 86-21-6217-3478 | Fax: 86-21-6217-3481 | Hubbell Premise Wiring, Puerto Rico | 787-460-3380 | Fax: 787-751-7309 |
| Hubbell Premise Wiring, Europe | 44-(0)1234-848550 | Fax: 44-(0)1234-856190 | Hubbell-Taian Co., Ltd., Taiwan | 886-2-(0)2515-0855 | Fax: 886-2-(0)2515-0899 |
| Hubbell Int'l. Inc., Korea Branch | 82-2-(0)2607-1363 | Fax: 82-2-(0)2603-7386 | Hubbell Incorporated, Turkey | 90-216-414-8147 | Fax: 90-216-414-8148 |
| Hubbell Premise Wiring, Latin America | 305-251-4236 | Fax: 305-251-4087 | Hubbell Premise Wiring, Venezuela | 58-81-820323 | Fax: 58-81-820323 |