CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. COMBUSTIONEER CORPORATION<br><br>Plaintiff,<br><br>THE DAVIS/HRGM JOINT VENTURE, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No.: 1:05CV01474 PLF<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Stay Litigation Pending Arbitration, and any Opposition filed thereto by Plaintiff in the referenced action, it is this ___ day of _____, 2005 hereby

ORDERED, that Defendants' Motion to Stay Litigation Pending Arbitration is hereby **GRANTED**;

FURTHER ORDERED, that the action is hereby stayed in its entirety pending completion of arbitration between Plaintiff Combustioneer Corporation and Defendant the Davis/HRGM Joint Venture as set forth in the parties' subcontract.

_____
Judge Paul L. Friedman

# 3257394_v2