IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA<br>*ex. rel.* COMBUSTIONEER CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE DAVIS/HRGM JOINT VENTURE, *et al.*<br><br>Defendants | Case No.: 1:05CV01474 PLF |

**NOTICE OF ENTRY OF APPEARANCE
AND DISCLOSURE OF CORPORATE INTEREST**

Holland & Knight LLP ("Holland & Knight"), by Craig Holman, hereby formally enters its appearance in the above captioned action as counsel to Defendants the Davis/HRGM Joint Venture (the "Joint Venture"), James G. Davis Construction Corporation ("Davis"), HRGM Corporation ("HRGM"), Fidelity and Deposit Company of Maryland ("Fidelity"), and Zurich American Insurance Company ("Zurich") (collectively "Defendants").

Holland & Knight, through undersigned counsel, hereby certifies to the best of its knowledge and belief that Davis is not an affiliate, subsidiary, or parent of any corporation which has outstanding securities in the hands of the public as set forth in Local Rule 7.1.

Holland & Knight, through undersigned counsel, hereby certifies to the best of its knowledge and belief that Davis/HRGM is not an affiliate, subsidiary, or parent of any corporation which has outstanding securities in the hands of the public as set forth in Local Rule 7.1.

Holland & Knight, through undersigned counsel, hereby certifies to the best of its knowledge and belief that HRGM is not an affiliate, subsidiary, or parent of any corporation which has outstanding securities in the hands of the public as set forth in Local Rule 7.1.

Holland & Knight, through undersigned counsel, hereby certifies to the best of its knowledge and belief that Fidelity is a wholly-owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly-owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.871 percent owned subsidiary of Zurich Insurance Company, a Swiss corporation. Zurich Insurance Company is wholly-owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43 percent by Allied Zurich p.l.c. and 57 percent by Zurich Financial Services. Allied Zurich p.l.c. is wholly-owned subsidiary of Zurich Financial Services. Zurich Financial Services is the publicly traded parent company with a primary listing on the Swiss Stock Exchange and a secondary listing on the London Stock Exchange, and, also, trades in American Depositary Receipts.

Holland & Knight, through undersigned counsel, hereby certifies to the best of its knowledge and belief that Zurich is a wholly-owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711 percent owned subsidiary of Zurich Insurance Company, a Swiss corporation. Zurich Insurance Company is wholly-owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43 percent by Allied Zurich p.l.c. and 57 percent by Zurich Financial Services. Allied Zurich p.l.c. is wholly-owned subsidiary of Zurich Financial Services. Zurich Financial Services is the publicly traded parent company with a primary listing on the Swiss

Stock Exchange and a secondary listing on the London Stock Exchange, and, also, trades in American Depositary Receipts.

| | |
|---|---|
| Dated: September 30, 2005 | Respectfully submitted, |
| | HOLLAND & KNIGHT LLP |
| Of counsel: | /s/ Craig A. Holman |
| J. Richard Margulies | Craig A. Holman (D.C. Bar No. 447852) |
| One Church Street, Suite 303 | 2099 Pennsylvania Ave., N.W., Suite 100 |
| Rockville, Maryland 20850 | Washington, D.C. 20006 |
| Telephone: (301) 738-2470 | Telephone: (202) 955-3000 |
| Fax: (301) 738-3705 | Fax: (202) 955-5564 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Disclosure of Corporate Affiliations And Financial Interests by Defendants to be served by electronic delivery this 30th day of September 2005 on:

>John E. Coffey
>Michael L. Zupan
>ReedSmith
>3110 Fairview Park Drive, Suite 1400
>Falls Church, Virginia  22042

>/s/ Craig A. Holman
>Craig A. Holman

# 3266328_v1