IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. COMBUSTIONEER CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE DAVIS/HRGM JOINT VENTURE, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:05CV01474 PLF<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Count III of Plaintiff's Amended Complaint for Failure to State a Claim and any opposition thereto, it is this ___ day of October 2005, by the United States District Court for the District of Columbia, ORDERED that Count III of Plaintiff's Amended Complaint shall be and hereby is dismissed for failure to state a claim.

_____
Judge Paul L. Friedman

Copies to:

John E. Coffey
REEDSMITH
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042

Craig A. Holman, Esq.
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C.  20006

# 3251045_v2