**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** ) <br> **ex. rel. COMBUSTIONEER CORPORATION** ) <br> **643 Loftstrand Lane** ) <br> **Rockville, MD 20850,** ) <br>  ) <br>     **Plaintiff,** ) <br>  ) <br> **v.** ) <br>  )     **Case No.: 1:05CV01474** <br> **THE DAVIS/HRGM JOINT VENTURE** ) <br> **12530 Parklawn Drive** ) <br> **Rockville Maryland  20852** ) <br> **Serve: Registered Agent** ) <br>     for James G. Davis Construction Corp. ) <br>     C T Corporation System ) <br>     1015 15th Street, N.W. ) <br>     Suite 1000 ) <br>     Washington, D.C.  20005, ) <br>  ) <br>     **and** ) <br>  ) <br> **JAMES G. DAVIS CONSTRUCTION CORP.** ) <br> **12530 Parklawn Drive** ) <br> **Rockville Maryland  20852** ) <br> **Serve: Registered Agent** ) <br>     C T Corporation System ) <br>     1015 15th Street, N.W. ) <br>     Suite 1000 ) <br>     Washington, D.C.  20005, ) <br>  ) <br>     **and** ) <br>  ) <br> **HRGM CORPORATION** ) <br> **2021 Shannon Place, S.E.,** ) <br> **Washington D.C.,  20020** ) <br> **Serve: Registered Agent** ) <br>     Rachna Bhutani ) <br>     2021 Shannon Place, S.E. ) <br>     Washington, D.C.  20020, ) <br>  ) <br>     **and** ) | |

| | |
|---|---|
| **Fidelity and Deposit Company of Maryland** | ) |
| **8840 Stanford Boulevard** | ) |
| **Suite 4000** | ) |
| **Columbia, Maryland  21045,** | ) |
| **Serve: Registered Agent** | ) |
|   Mark Schaefer | ) |
|   1614 20th Street, N.W. | ) |
|   Washington, D.C.  20009, | ) |
| | ) |
|     and | ) |
| | ) |
| **Zurich American Insurance Company** | ) |
| **One Liberty Plaza (30th Floor)** | ) |
| **New York, New York  10006,** | ) |
| **Serve: Registered Agent** | ) |
|   Mark Schaefer | ) |
|   1614 20th Street, N.W. | ) |
|   Washington, D.C.  20009, | ) |
| | ) |
|   **Defendants.** | ) |
| _____) | |

## **MOTION FOR LEAVE TO AMEND COMPLAINT**

  **COMES NOW**, the United States of America, <u>ex. rel.</u> Combustioneer Corporation ("Combustioneer") and through undersigned counsel, moves the Court for leave to amend the Complaint.  Combustioneer respectfully refers this court to the attached Amended Complaint with exhibits.

  **WHEREFORE**, Combustioneer prays that this Court grant its Motion for Leave to Amend the Complaint.

  Respectfully submitted this the 28th day of September, 2005.


            _____/s/_____
            John E. Coffey (Bar No. 434120)
            3110 Fairview Park Drive, Suite 1400
            Falls Church, Virginia  22042
            (703) 641-4200 (office)
            (703) 641-4340 (facsimile)

            Counsel for Combustioneer Corporation

            Of Counsel:

            S. Miles Dumville
            REED SMITH LLP
            Riverfront Plaza - West Tower
            901 E. Byrd Street, Suite 1700
            Richmond, Virginia  23219-4069
            (804) 344-3400 (office)
            (804) 344-3410 (facsimile)

Michael L. Zupan
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)

-3-