IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>ex. rel. COMBUSTIONEER CORPORATION )<br>643 Loftstrand Lane )<br>Rockville, MD 20850, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, )<br>v. )<br>THE DAVIS/HRGM JOINT VENTURE )<br>12530 Parklawn Drive )<br>Rockville Maryland  20852 )<br>Serve: Registered Agent )<br>　　　for James G. Davis Construction Corp. )<br>　　　C T Corporation System )<br>　　　1015 15th Street, N.W. )<br>　　　Suite 1000 )<br>　　　Washington, D.C.  20005, )<br>　　　　　and )<br>JAMES G. DAVIS CONSTRUCTION CORP. )<br>12530 Parklawn Drive )<br>Rockville Maryland  20852 )<br>Serve: Registered Agent )<br>　　　C T Corporation System )<br>　　　1015 15th Street, N.W. )<br>　　　Suite 1000 )<br>　　　Washington, D.C.  20005, )<br>　　　　　and )<br>HRGM CORPORATION )<br>2021 Shannon Place, S.E., )<br>Washington D.C.,  20020 )<br>Serve: Registered Agent )<br>　　　Rachna Bhutani )<br>　　　2021 Shannon Place, S.E. )<br>　　　Washington, D.C.  20020, )<br>　　　　　and )<br>Fidelity and Deposit Company of Maryland )<br>8840 Stanford Boulevard )<br>Suite 4000 )<br>Columbia, Maryland  21045, )<br>Serve: Registered Agent )<br>　　　Mark Schaefer )<br>　　　1614 20th Street, N.W. )<br>　　　Washington, D.C.  20009, )<br>　　　　　and ) | Case No.: 1:05CV01474 |

| | |
|---|---|
| **Zurich American Insurance Company** | ) |
| **One Liberty Plaza (30th Floor)** | ) |
| **New York, New York  10006,** | ) |
| **Serve: Registered Agent** | ) |
| **        Mark Schaefer** | ) |
| **        1614 20th Street, N.W.** | ) |
| **        Washington, D.C.  20009,** | ) |
| | ) |
| **        Defendants.** | ) |
| _____ | ) |

## PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION TO STAY LITIGATION PENDING ARBITRATION AND MOTION TO DISMISS COUNT THREE OF THE AMENDED COMPLAINT

Plaintiff Combustioneer Corporation ('Combustioneer") files this Memorandum in response to Defendants' Motion To Stay Litigation Pending Arbitration (the "Motion to Stay") and Motion to Dismiss Count Three of the Amended Complaint for Failure to State a Claim (the "Motion to Dismiss"), and states as follows:

**I.      FACTUAL BACKGROUND**

Pursuant to a subcontract agreement (the "Subcontract") with defendant the Davis/HGRM Joint Venture ("Joint Venture"), Combustioneer performed electrical work on a District of Columbia school building and associated structures pursuant to plans, specifications and addenda furnished by the Joint Venture.  Throughout the project, events beyond the control of Combustioneer impacted the progress of Combustioneer's work.  Contrary to the Joint Venture's obligation to take appropriate timely action to obtain and grant extensions to the subcontract completion date, the Joint Venture informed Combustioneer that it would not be granted any time extensions to the schedule regardless of excusable delays and that the original completion date must be met.  As a consequence, Combustioneer was forced to accelerate its work, hire additional laborers, incur additional costs for overtime work and extended time on the

project, and perform its work in an inefficient and disrupted manner, resulting in a significant negative financial impact to Combustioneer.

On or about July 5, 2005, in full compliance with the terms of the Subcontract, including the Subcontract's disputes provisions, Combustioneer submitted to the Joint Venture Combustioneer's certified claim for the additional compensation to which Combustioneer is entitled. To date, the Joint Venture has failed and refused to take any action on Combustioneer's proper claim.

## II.    THE LITIGATION

On September 29, Combustioneer filed its Amended Complaint containing three claims against Defendants: Count One – Breach of Contract; Count Two – Claim under Payment Bond; and Count Three – Quantum Meruit/Valebant. Combustioneer sought judgment in its favor against the Joint Venture and its sureties, jointly and severally, in the amount of at least $3,500,000.00, plus interest at the highest rate allowed by law, costs, and such other amounts and relief as the Court deemed proper.

On October 30, 2005, the Defendants filed simultaneously the Motion to Dismiss Count Three of Plaintiff's Amended Complaint for Failure to State a Claim and the Motion to Stay Litigation Pending Arbitration, as well as an Answer to the Amended Complaint.

## III.    ARGUMENT

### A.    Plaintiff Does Not Oppose Defendants' Motion To Stay Litigation Pending Arbitration.

In filing its Complaint, Plaintiff seeks only to obtain the payment to which it is entitled. While it would prefer to litigate its claims in court, plaintiff is not opposed to resolving those claims in arbitration. Indeed, since the Joint Venture has demanded that Plaintiff resort to arbitration to resolve the parties' disputes, Plaintiff filed a Demand for Arbitration with the

American Arbitration Association on October 6, 2005.  A copy of the Demand is attached as Exhibit A.  Accordingly, Plaintiff does not oppose Defendants' Motion to Stay and is willing to consent to entry of an order staying this case in its entirety pending the conclusion of arbitration.

> **B.  If The Court Stays The Subject Litigation, Then No Action Should Be Taken On Defendants' Motion To Dismiss Or Any Other Issue Going To The Merits Of The Controversy.**

Defendants argue that the Federal Arbitration Act governs the Subcontract's arbitration provision.  Defendants' Memorandum in Support of Motion to Stay, pp. 2-4.  Defendants further argue that the Court's consideration is narrowly restricted to whether an agreement exists to arbitrate the dispute between the parties.  "The court does not inquire into the merits of the controversy."  Id. at p. 4.  If an agreement to arbitrate exists, say Defendants, the Federal Arbitration Act requires that this Court stay the lawsuit brought by Plaintiff pending arbitration and take no other action.  Id. at p. 5.

Plaintiff agrees with Defendants that if the Court decides to stay this matter, it should not take any action on the merits or otherwise.  As a consequence, the Court should decline to act on Defendants' Motion to Dismiss Count Three or any other motions filed herein by Defendants.

Based on its lack of opposition to the Defendants' requested stay, Plaintiff need not address the substance of any of Defendants' other motions at this time.  If the Court grants the Defendants' unopposed Motion to Stay the Proceedings, Plaintiff respectfully asks that the Court refrain from deciding substantive issues raised in other pending motions.  If, however, the Court declines to stay the litigation, Plaintiff respectfully requests leave from the Court to respond to any substantive issues raised in other pending motions.  Accordingly, if the Court finds an agreement to arbitrate exists, Plaintiff agrees that the Court must stay the subject action in its entirety pending arbitration between the Plaintiff and the Joint Venture.

**III.     CONCLUSION**

For all of the reasons herein stated, Plaintiff respectfully does not oppose Defendants' Motion to Stay the Litigation Pending Arbitration and requests that the Court take no other action in this matter other than to stay the proceedings pending the outcome of arbitration.

DATED:  October 11, 2005

                                            Respectfully submitted,

                                            _____/s/  Allison M. Lefrak_____
                                            Allison M. Lefrak (Bar. No.485650)
                                            1301 K Street, N.W.
                                            Suite 1100 – East Tower
                                            Washington, D.C. 20005
                                            (202) 414-9290 (office)
                                            (202) 414-9299 (facsimile)

                                            John E. Coffey (Bar No. 434120)
                                            3110 Fairview Park Drive, Suite 1400
                                            Falls Church, Virginia  22042
                                            (703) 641-4200 (office)
                                            (703) 641-4340 (facsimile)

                                            Counsel for Combustioneer Corporation


                                            Of Counsel:

                                            S. Miles Dumville
                                            REED SMITH LLP
                                            Riverfront Plaza - West Tower
                                            901 E. Byrd Street, Suite 1700
                                            Richmond, Virginia  23219-4069
                                            (804) 344-3400 (office)
                                            (804) 344-3410 (facsimile)

        Michael L. Zupan
        REED SMITH LLP
        3110 Fairview Park Drive, Suite 1400
        Falls Church, Virginia  22042
        (703) 641-4200 (office)
        (703) 641-4340 (facsimile)