**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** ) | |
| <u>ex. rel.</u> **COMBUSTIONEER CORPORATION** ) | |
| **643 Loftstrand Lane** ) | |
| **Rockville, MD 20850,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No.: 1:05CV01474** |
| **THE DAVIS/HRGM JOINT VENTURE** ) | |
| **12530 Parklawn Drive** ) | |
| **Rockville Maryland  20852** ) | |
| **Serve: Registered Agent** ) | |
| **for James G. Davis Construction Corp.** ) | |
| **C T Corporation System** ) | |
| **1015 15th Street, N.W.** ) | |
| **Suite 1000** ) | |
| **Washington, D.C.  20005,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **JAMES G. DAVIS CONSTRUCTION CORP.** ) | |
| **12530 Parklawn Drive** ) | |
| **Rockville Maryland  20852** ) | |
| **Serve: Registered Agent** ) | |
| **C T Corporation System** ) | |
| **1015 15th Street, N.W.** ) | |
| **Suite 1000** ) | |
| **Washington, D.C.  20005,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **HRGM CORPORATION** ) | |
| **2021 Shannon Place, S.E.,** ) | |
| **Washington D.C.,  20020** ) | |
| **Serve: Registered Agent** ) | |
| **Rachna Bhutani** ) | |
| **2021 Shannon Place, S.E.** ) | |
| **Washington, D.C.  20020,** ) | |
| ) | |
| **and** ) | |

**Fidelity and Deposit Company of Maryland** )
**8840 Stanford Boulevard** )
**Suite 4000** )
**Columbia, Maryland  21045,** )
**Serve: Registered Agent** )
  **Mark Schaefer** )
  **1614 20th Street, N.W.** )
  **Washington, D.C.  20009,** )
 )
   **and** )
 )
**Zurich American Insurance Company** )
**One Liberty Plaza (30th Floor)** )
**New York, New York  10006,** )
**Serve: Registered Agent** )
  **Mark Schaefer** )
  **1614 20th Street, N.W.** )
  **Washington, D.C.  20009,** )
 )
  **Defendants.** )
_____)

## NOTICE OF CANCELLATION OF THE UPCOMING STATUS CONFERENCE IN LIGHT OF THE UNOPPOSED MOTION TO STAY THE LITIGATION PENDING ARBITRATION

COMES NOW Plaintiff the United States of America, ex. rel. Combustioneer

Corporation ("Combustioneer") and Defendants the Davis/HRGM Joint Venture (the "Joint

Venture"), James G. Davis Construction Corporation ("Davis"), HRGM Corporation

("HGRM"), Fidelity and Deposit Company of Maryland ("Fidelity"), and Zurich American

Insurance Company ("Zurich") (collectively "Defendants"), by counsel, and respectfully request

that this Court, in light of Defendants' Motion To Stay Litigation Pending Arbitration and

Plaintiff's Response to the Motion to Stay consenting to a stay of this matter, cancel the Meet

and Confer Status Conference currently set for October 28, 2005 10:30 AM in Courtroom 17

before Judge Paul L. Friedman.  The parties likewise request that they be relieved of any

obligation to file a joint status report in this matter at the present time.

2

DATED:  October 12, 2005

Respectfully submitted,


_____/s/_____
Allison M. Lefrak (Bar. No. 485650)
REED SMITH LLP
1301 K Street, N.W.
Washington, D.C. 20005
(202) 414-9290 (office)
(202) 414-9299 (facsimile)

John E. Coffey (Bar No. 434120)
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)

Counsel for Plaintiff

Of Counsel:

S. Miles Dumville
REED SMITH LLP
Riverfront Plaza - West Tower
901 E. Byrd Street, Suite 1700
Richmond, Virginia  23219-4069
(804) 344-3400 (office)
(804) 344-3410 (facsimile)

Michael L. Zupan
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)

AND

3

                /s/

Craig A. Holman (Bar. No. 447852)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000 (office)
(202) 955-5564 (facsimile)

Counsel for Defendants

Of counsel:
J. Richard Margulies
Law Office of J. Richard Margulies
One Church Street, Suite 303
Rockville, MD 20850
(301) 738-2470 (office)
(301) 738-3705 (facsimile)

370975

4