**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | ) | |
| **ex. rel. COMBUSTIONEER CORPORATION** | ) | |
| **643 Loftstrand Lane** | ) | |
| **Rockville, MD 20850,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 1:05CV01474** |
| **THE DAVIS/HRGM JOINT VENTURE** | ) | |
| **12530 Parklawn Drive** | ) | |
| **Rockville Maryland 20852** | ) | |
| **Serve: Registered Agent** | ) | |
| **for James G. Davis Construction Corp.** | ) | |
| **C T Corporation System** | ) | |
| **1015 15th Street, N.W.** | ) | |
| **Suite 1000** | ) | |
| **Washington, D.C. 20005,** | ) | |
| **and** | ) | |
| **JAMES G. DAVIS CONSTRUCTION CORP.** | ) | |
| **12530 Parklawn Drive** | ) | |
| **Rockville Maryland 20852** | ) | |
| **Serve: Registered Agent** | ) | |
| **C T Corporation System** | ) | |
| **1015 15th Street, N.W.** | ) | |
| **Suite 1000** | ) | |
| **Washington, D.C. 20005,** | ) | |
| **and** | ) | |
| **HRGM CORPORATION** | ) | |
| **2021 Shannon Place, S.E.,** | ) | |
| **Washington D.C., 20020** | ) | |
| **Serve: Registered Agent** | ) | |
| **Rachna Bhutani** | ) | |
| **2021 Shannon Place, S.E.** | ) | |
| **Washington, D.C. 20020,** | ) | |
| **and** | ) | |
| **Fidelity and Deposit Company of Maryland** | ) | |
| **8840 Stanford Boulevard** | ) | |
| **Suite 4000** | ) | |
| **Columbia, Maryland 21045,** | ) | |
| **Serve: Registered Agent** | ) | |
| **Mark Schaefer** | ) | |
| **1614 20th Street, N.W.** | ) | |
| **Washington, D.C. 20009,** | ) | |
| **and** | ) | |

**Zurich American Insurance Company** )
**One Liberty Plaza (30th Floor)** )
**New York, New York 10006,** )
**Serve: Registered Agent** )
**Mark Schaefer** )
**1614 20th Street, N.W.** )
**Washington, D.C. 20009,** )
)
**Defendants.** )
)

**PLAINTIFF'S CONSENTED MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff, Combustioneer Corporation ("Combustioneer"), through counsel, moves to dismiss this action because a settlement has been reached. Plaintiff submits the accompanying Memorandum in Support of the Consented Motion to Dismiss Amended Complaint.

WHEREFORE, for the reasons set forth in this Motion and the accompanying Memorandum in Support, Plaintiff respectfully requests that this Court enter an Order dismissing this action.

Respectfully submitted,

/s/ Allison M. Lefrak

Allison M. Lefrak (Bar. No.485650)
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9290 (office)
(202) 414-9299 (facsimile)

John E. Coffey (Bar No. 434120)
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)

Counsel for Combustioneer Corporation

Of Counsel:

S. Miles Dumville
REED SMITH LLP
Riverfront Plaza - West Tower
901 E. Byrd Street, Suite 1700
Richmond, Virginia 23219-4069
(804) 344-3400 (office)
(804) 344-3410 (facsimile)

Michael L. Zupan
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**THE UNITED STATES OF AMERICA )**
**ex. rel. COMBUSTIONEER CORPORATION )**
**643 Loftstrand Lane )**
**Rockville, MD 20850, )**
**)**
**Plaintiff, )**
**v. ) Case No.: 1:05CV01474**
**THE DAVIS/HRGM JOINT VENTURE )**
**12530 Parklawn Drive )**
**Rockville Maryland 20852 )**
**Serve: Registered Agent )**
**for James G. Davis Construction Corp. )**
**C T Corporation System )**
**1015 15th Street, N.W. )**
**Suite 1000 )**
**Washington, D.C. 20005, )**
**and )**
**JAMES G. DAVIS CONSTRUCTION CORP. )**
**12530 Parklawn Drive )**
**Rockville Maryland 20852 )**
**Serve: Registered Agent )**
**C T Corporation System )**
**1015 15th Street, N.W. )**
**Suite 1000 )**
**Washington, D.C. 20005, )**
**and )**
**HRGM CORPORATION )**
**2021 Shannon Place, S.E., )**
**Washington D.C., 20020 )**
**Serve: Registered Agent )**
**Rachna Bhutani )**
**2021 Shannon Place, S.E. )**
**Washington, D.C. 20020, )**
**and )**
**Fidelity and Deposit Company of Maryland )**
**8840 Stanford Boulevard )**
**Suite 4000 )**
**Columbia, Maryland 21045, )**
**Serve: Registered Agent )**
**Mark Schaefer )**
**1614 20th Street, N.W. )**
**Washington, D.C. 20009, )**

**and** )
**Zurich American Insurance Company** )
**One Liberty Plaza (30th Floor)** )
**New York, New York 10006,** )
**Serve: Registered Agent** )
**Mark Schaefer** )
**1614 20th Street, N.W.** )
**Washington, D.C. 20009,** )
)
**Defendants.** )
______________________________________)

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF CONSENTED MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff Combustioneer Corporation ("Combustioneer"), through counsel and with the consent of counsel for Defendant, Davis/HGRM Joint Venture ("Joint Venture"), files this Memorandum in Support of Consented Motion to Dismiss Amended Complaint and states as follows:

On September 29, 2005, Combustioneer filed its Amended Complaint containing three claims against Defendants: Count One – Breach of Contract; Count Two – Claim under Payment Bond; and Count Three – Quantum Meruit/Valebant. Combustioneer sought judgment in its favor against the Joint Venture and its sureties, jointly and severally, in the amount of at least $3,500,000.00, plus interest at the highest rate allowed by law, costs, and such other amounts and relief as the Court deemed proper.

On September 30, 2005, the Joint Venture filed simultaneously the Motion to Dismiss Count Three of Plaintiff's Amended Complaint for Failure to State a Claim and the Motion to Stay Litigation Pending Arbitration ("Motion to Stay"), as well as an Answer to the Amended Complaint. The Joint Venture demanded that Plaintiff resort to arbitration to resolve the parties' disputes. Accordingly, Plaintiff filed a Demand for Arbitration with the American Arbitration

Association on October 6, 2005. On October 11, 2005, Plaintiff filed a motion consenting to Defendant's Motion to Stay. On October 13, 2005, the Court entered a Minute Order granting the motion to stay the litigation in its entirety pending the conclusion of arbitration.

On July 31, 2006, the parties reached a settlement agreement in this case. For all of the reasons herein stated, the parties respectfully requests that the Court dismiss the proceedings in its entirety.

DATED: August 24, 2005

Respectfully submitted,

/s/ Allison M. Lefrak

Allison M. Lefrak (Bar. No.485650)
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9290 (office)
(202) 414-9299 (facsimile)

John E. Coffey (Bar No. 434120)
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)
Counsel for Combustioneer Corporation
Of Counsel:

S. Miles Dumville
REED SMITH LLP
Riverfront Plaza - West Tower
901 E. Byrd Street, Suite 1700
Richmond, Virginia 23219-4069
(804) 344-3400 (office)
(804) 344-3410 (facsimile)

Michael L. Zupan
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (office)
(703) 641-4340 (facsimile)