IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ex. rel. COMBUSTIONEER CORPORATION ) <br> 643 Loftstrand Lane ) <br> Rockville, MD 20850, ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> THE DAVIS/HRGM JOINT VENTURE ) <br> 12530 Parklawn Drive ) <br> Rockville Maryland  20852 ) <br> Serve: Registered Agent ) <br>     for James G. Davis Construction Corp. ) <br>     C T Corporation System ) <br>     1015 15th Street, N.W. ) <br>     Suite 1000 ) <br>     Washington, D.C.  20005, ) <br>         and ) <br> JAMES G. DAVIS CONSTRUCTION CORP. ) <br> 12530 Parklawn Drive ) <br> Rockville Maryland  20852 ) <br> Serve: Registered Agent ) <br>     C T Corporation System ) <br>     1015 15th Street, N.W. ) <br>     Suite 1000 ) <br>     Washington, D.C.  20005, ) <br>         and ) <br> HRGM CORPORATION ) <br> 2021 Shannon Place, S.E., ) <br> Washington D.C.,  20020 ) <br> Serve: Registered Agent ) <br>     Rachna Bhutani ) <br>     2021 Shannon Place, S.E. ) <br>     Washington, D.C.  20020, ) <br>         and ) <br> Fidelity and Deposit Company of Maryland ) <br> 8840 Stanford Boulevard ) <br> Suite 4000 ) <br> Columbia, Maryland  21045, ) <br> Serve: Registered Agent ) <br>     Mark Schaefer ) <br>     1614 20th Street, N.W. ) <br>     Washington, D.C.  20009, ) <br>         and ) <br> Zurich American Insurance Company ) | Case No.: 1:05CV01474 |

- 2 -

| | |
|---|---|
| **One Liberty Plaza (30th Floor)** | ) |
| **New York, New York  10006,** | ) |
| **Serve: Registered Agent** | ) |
|     **Mark Schaefer** | ) |
|     **1614 20th Street, N.W.** | ) |
|     **Washington, D.C.  20009,** | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

## ORDER

This matter having come before the Court on Plaintiff, Combustioneer Corporation's, Consented Motion to Dismiss Amended Complaint, and the Court having considered the accompanying Memorandum submitted in support thereof, and the record herein,

IT IS ORDERED that,

1. Plaintiff's Consented Motion to Dismiss Amended Complaint is hereby GRANTED;

2. The case is DISMISSED in its entirety.

IT IS SO ORDERED,

 

_____
Paul L. Friedman
United States District Court Judge

August \_\_\_, 2006